IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR492 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| CANDELARIO ONTIVEROS, | ) | THE INDICTMENT |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, CANDELARIO ONTIVEROS, pursuant to Motion of the United States (Filing No. 46).

DATED this 9th day of July, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Court Judge